Susan L. Marsh and Ebenezer M. Marsh v. American Telephone Company. Susan L. Marsh and Ebenezer M. Marsh v. United States Steel Corporation. Susan L. Marsh and Ebenezer M. Marsh v. Irving Trust Company. Susan L. Marsh and Ebenezer M. Marsh v. American Smelting & Refining Company.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore and Callahan, JJ.

Dorothy A. Redmond, as Stockholder, and on Behalf of All Other Stockholders of Olney Holding Company, No. 1, Inc., in Like Situation, etc., v. Olney Holding Company, No. 1, Inc., Impleaded with Alan Fox.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of Alexander D. Snow, as Liquidating Partner of the Limited Partnership of Greer, Crane & Webb, on Behalf of William A. Greer and Others for an Order Directing Thomas S. McLane, as Committee, etc., of William A. Greer, an Incompetent Person, to Pay over the Proceeds of the Sale of the Said Incompetent's Membership in the New York Stock Exchange. — Motion granted to the extent of directing that the order of this court be resettled by providing that the cost of the original bond be charged against the proceeds of the seat. [See 252 App. Div. 369.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

The City of New York v. Staten Island Rapid Transit Railway Company.— Motion for leave to appeal to the Court of Appeals granted; question certified. [See 252 App. Div. 500.] Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of Thomas G. Smith for an Order against Lewis J. Valentine, as Police Commissioner of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Jean Adams and Others v. Edmund Lang and Others, Impleaded with John R. Dillon and Others.— Motion for leave to reargue motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Jean Adams and Others v. Edmund Lang and Others, Impleaded with Others.— Motion for reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Cohn, JJ.

In the Matter of the Application of Frederick Small for an Order against Paul Moss, as Commissioner of Licenses of the City of New York.— Motion for reargument and for other relief denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

James V. Martin v. Manufacturers Aircraft Association, Inc., and Others, Impleaded with Curtiss Aeroplane & Motor Company, Inc., and Others.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of W. R. Clark Printing & Binding Co., Inc., to George Dexter Van Houten. Mary C. Rosavage.— Motion denied. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.